**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 702 MAL 2015
:
Respondent :
:
: Petition for Allowance of Appeal from
: the **Unpublished Memorandum and**
v. : **Order** of the Superior Court at No. 1908
: MDA 2013 entered on June 10, 2015,
: **affirming** the Judgment of Sentence of
GEORGE THEODORE REYNOLDS, : the Juniata/Perry County Court of
: Common Pleas at No. CP-34-CR-
Petitioner : 0000118-2011 entered on June 28,
: 2013


**ORDER**


**PER CURIAM**                                    DECIDED: November 15, 2016

**AND NOW**, this 15th day of November, 2016, the Petition for Allowance of
Appeal is **GRANTED, LIMITED TO** Petitioner's lifetime registration issue. The Superior
Court's order in this regard is **VACATED** and this matter is **REMANDED** for imposition
of a fifteen-year reporting requirement under the Sexual Offender Registration and
Notification Act ("SORNA"), 42 Pa.C.S. §§ 9799.10-9799.41, pursuant to
Commonwealth v. Lutz-Morrison, No. 28 MAP 2015, 2016 WL 4273555 (Pa. Aug. 15,
2016). Allocatur is **DENIED** as to all remaining issues.

Justice Donohue did not participate in the consideration or decision of this
matter.